UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES WOODSON, JR.,

    Plaintiff,

v.                                    Case No. 3:23-cv-646-BJD-MCR

ASAF Y. ASHKENAZI, GENESIS MA REAL ESTATE, INM SERVICES INC, and EXP REALTY LLC,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) (Doc. 6; Notice) filed by Plaintiff on July 14, 2023. In the Notice, Plaintiff states that he is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED without prejudice.**

    2.    The Clerk of the Court is directed to close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 25th day of July, 2023.

                                                BRIAN J. DAVIS
                                               United States District Judge

cs
Copies to:

Counsel of Record